TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00815-CV

Tarrant Regional Water District and City of Dallas, Appellants

v.

Texas Natural Resource Conservation Commission, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. GV001440, HONORABLE MARGARET COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellants Tarrant Regional Water District and City of Dallas have filed an
unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R.
App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellants' Motion

Filed: February 8, 2001

Do Not Publish